1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12
13   **LUIS MANUAL GARCES,**                    2:23-cv-1997-DMC-P
                                Plaintiff,   **ORDER**
14
15         v.
16   **GAVIN NEWSOM, et al.,**
17                              Defendants.
18
19       Defendant Governor Newsom moved this Court to extend time to file a responsive
20   pleading, up to and including October 24, 2025. See ECF No. 27. The Court has read and
21   considered Governor Newsom's request and the accompanying declaration of counsel and finds
22   good cause exists to grant the request.  Governor Newsom's Request for an Extension of Time in
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

                                    1

1  which to file a responsive pleading is GRANTED.  The last day Governor Newsom may file a
2  responsive pleading is October 24, 2025.
3      IT IS SO ORDERED.
4
5  Dated:  September 22, 2025
6  _____
   DENNIS M. COTA
7  UNITED STATES MAGISTRATE JUDGE